# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Jesus Alfredo Avala-Escalante<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:12-MJ-00362   ✓ CV12-10569-CAS<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __08/23/13_____, _____, at __11:00____ ☒ a.m. / ☐ p.m. before the Honorable __SHERI PYM_____, in Courtroom __4__

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __8/21/13_____        _____        **SHERI PYM**
                                 U.S. District Judge/Magistrate Judge